

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-21-00237-CV

**JUBILEE ACADEMIC CENTER, INC.**,
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC D/B/A/ ATHLOS ACADEMIES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Nicole Garza, Judge Presiding

## O R D E R

In this accelerated appeal, appellee filed its brief on September 1, 2021; therefore, appellant's reply brief was due September 21, 2021. *See* TEX. R. APP. P. 38.6(c) (twenty days to file reply). On September 21, 2021, appellant filed an unopposed motion requesting a thirty-day extension of time in which to file its reply.

The motion is GRANTED IN PART and DENIED IN PART. Appellant's reply brief is due **no later than October 11, 2021**. **No further extensions of time will be granted.**

It is so **ORDERED** on September 24, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court